IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR-16-47-BLG-SPW-CSO-02 |
|---|---|
| Plaintiff, | |
| vs. | **FINDINGS AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE** |
| TROY DEE WILSON, | |
| Defendant. | |

The Defendant, by consent, appeared before me under Fed. R. Crim. P. 11 and entered guilty pleas to Counts I and III of the Indictment, which each charge the crime of Distribution of Methamphetamine, in violation of 21 U.S.C. Section 841(a)(1). After examining the Defendant under oath, the Court determined:

1. That the Defendant is fully competent and capable of entering an informed and voluntary plea to the criminal offenses charged against her;

2. That the Defendant is aware of the nature of the charges against her and the consequences of pleading guilty to the charges;

3. That the Defendant fully understands her pertinent constitutional rights and the extent to which she is waiving those

rights by pleading guilty to the criminal offenses charged against her; and

4. That her pleas of guilty to the criminal offenses charged against her are knowingly and voluntarily entered, and are supported by independent factual grounds sufficient to prove each of the essential elements of the offenses charged.

The Court further notes that Defendant entered the guilty pleas without a written plea agreement. Counsel both represented that this resolution was more favorable to Defendant than accepting the written plea offer that would have required Defendant to waive her right to appeal her sentences.

Therefore, I recommend that the Defendant be adjudged guilty of Counts I and III of the Indictment and that sentence be imposed.

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days after the filing of the Findings and Recommendation. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).

DATED this 9th Day of November, 2016.

*/s/ Carolyn S. Ostby*_____
United States Magistrate Judge